UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

---

DIRECTV, Inc., a California corporation,

        Plaintiff,   STIPULATION OF DISMISSAL

        v.   Civil Action No. 1:09-CV-1158

KYLE D. BELEW, Individually, and as officer, director, shareholder and/or principal of BELEW ENTERTAINMENT CO., INC., d/b/a WOUNDED MINNOW SALOON, and BELEW ENTERTAINMENT CO., INC., d/b/a WOUNDED MINNOW SALOON,

        Defendants.

---

    It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: March 31, 2010

| | |
|---|---|
| /s/   Wayne D. Lonstein | /s/   William C. Reens |
| Wayne D. Lonstein, Esq. | William C. Reens, Esq. |
| Lonstein Law Office, P.C. | Pawlowski & Reens, PLC |
| 1 Terrace Hill; P.O. Box 351 | 300 Ottawa NW Suite 650 |
| Ellenville, NY 12428 | Grand Rapids, MI 49503 |
| Telephone:  845-647-8500 | Telephone: (616)458-7800 |
| Facsimile:   845-647-6277 | Facsimile:  (616)458-1448 |

        SO ORDERED this _____ day of _____, 2010

        _____
        HON. GORDON J. QUIST
        United States District Judge